**Order entered April 3, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00331-CV**

**CITY OF CARROLLTON, Appellant**

**V.**

**1533 CRESCENT LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

**ORDER**

Before the Court is City of Carrollton's March 27, 2020 motion to extend time to file its brief. The City explains the extension is necessary to allow the parties an opportunity to settle their dispute.

We **GRANT** the motion and **ORDER** the City to file its brief, a motion to dismiss, or a status report no later than May 8, 2020.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE